# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Appearance of Counsel Form

Attorneys who wish to participate in an appeal must be properly admitted either to the bar of this court or for the particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application. In addition, all attorneys (except court-appointed counsel) who wish to participate in an appeal must file an appearance form within fourteen (14) days after notice is mailed by the clerk, or upon filing a motion or brief, whichever occurs first. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov.

Please Type or Print

Court of Appeals No. __14-13882-F__

__CHRISTOPHER BATMAN__ vs. __THE GILLETTE CO., et al.__

The Clerk will enter my appearance for these named parties: __THE PROCTER & GAMBLE COMPANY;__

__THE GILLETTE COMPANY__

In this court these parties are:
- ☐ appellant(s)
- ☐ petitioner(s)
- ☐ intervenor(s)
- ☒ appellee(s)
- ☐ respondent(s)
- ☐ amicus curiae

☐ The following related or similar cases are pending on the docket of this court:

None

☒ Check here if you are lead counsel.

I hereby certify that I am an active member in good standing of the state bar or the bar of the highest court of the state (including the District of Columbia) named below, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the clerk of this court within 14 days of any changes in the status of my state bar memberships. See 11th Cir. R. 46-7.

State Bar: __California__  State Bar No.: __129530__

Signature: __/s/ Craig E. Stewart__

Name (type or print): __Craig E. Stewart__  Phone: __415-875-5714__

Firm/Govt. Office: __Jones Day__  E-mail: __cestewart@jonesday.com__

Street Address: __555 California Street, 26th Floor__  Fax: __415-875-5700__

City: __San Francisco__  State: __CA__  Zip: __94104__

12/07

Certificate of Service

I, Margaret Landsborough, state that I am a citizen of the United States and am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen years and not a party to the within action; that I am employed at Jones Day, 555 California Street, 26th Floor, San Francisco, California 94104 and that on September 5, 2014, I electronically filed the foregoing document **Appearance of Counsel Form** using the CM/ECF system and it was served electronically on the following: David Matthews Allen.

I further certify that on September 5, 2014, I mailed the foregoing document and the notice of electronically filing by first-class mail to the following non-CM/ECF participants:

| | |
|---|---|
| Joshua R. Gale<br>Wiggins, Childs, Quinn & Pantazis, LLC<br>101 N. Woodland Blvd. Ste. 600<br>Deland, FL 32720 | Dennis G. Pantazis, Sr.<br>E. Clayton Lowe, Jr.<br>Wiggins, Childs, Quinn & Pantazis, LLC<br>The Kress Building<br>301 – 19th St. N<br>Birmingham, AL 35203 |
| Peter A. Grammas<br>The Grammas Law Firm<br>The Kress Building<br>301 – 19th St. N<br>Birmingham, AL 35203 | Noah Schubert<br>Robert Schubert<br>Schubert Jonckheer & Kolbe LLP<br>3 Embarcadero Ctr. Ste. 1650<br>San Francisco, CA 94111-4018 |
| Johanna W. Clark<br>Jason Andrew Perkins<br>Carlton Fields Jorden Burt, PA<br>450 S Orange Ave Ste. 500<br>Orlando, FL 32801-3336 | Christopher Batman<br>441 Coral Place<br>Corpus Christi, TX 78411 |

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 5th day of September, 2014 in San Francisco, California.

*Margaret Landsborough*
Margaret Landsborough

SFI-871129v1