IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

**CHRISTOPHER BATMAN,**

Appellant,

v.

**THE GILLETTE CO., et al.,**

Defendants-Appellees.

Appeal Number 14-13882

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Circuit Rule 26.1, appellant Christopher Batman submits this Certificate of Interested Persons and Corporate Disclosure Statement. Appellant discloses the following potentially interested parties:

1. Christopher Batman

2. Bandas Law Firm, P.C.

3. Joshua D. Poertner

4. The Lowe Law Firm, LLC

5. Wiggins, Childs, Quinn & Pantazis, LLC

6. Schubert Jonckheer & Kolbe LLP

7. The Law Offices of Peter A. Grammas

8. Proctor & Gamble Company
   (NYSE: Symbol "PG")

9. The Gillette Company

10. Jones Day

11. Carlton Fields Jorden Burt, PA

12. The Hon. Gregory A. Presnell, United States District Judge

13. The Hon. David A. Baker, Magistrate Judge

Dated: September 8, 2014    Respectfully submitted,

By:    /s/ *Christopher A. Bandas*
Christopher A. Bandas
State Bar No. 00787637
BANDAS LAW FIRM, P.C.
500 North Shoreline Blvd., Suite 1020
Corpus Christi, Texas 78401-0353
(361) 698-5200
(361) 698-5222 Facsimile
cbandas@bandaslawfirm.com

*Attorneys for Appellant Christopher Batman*

# CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of September, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system. I further certify that a true and correct copy of the foregoing document has been forwarded to all counsel not registered CM/ECF via U.S. Mail on this the 8th day of September, 2014.

**SEE ATTACHED SERVICE LIST**

/s/ *Christopher A. Bandas*
Christopher A. Bandas

# SERVICE LIST

| Contact Info | Case Number/s | Service Preference | ECF Filing Status |
|---|---|---|---|
| David Matthew Allen<br>Carlton Fields Jorden Burt, PA<br>4221 W BOY SCOUT BLVD STE 1000<br>PO BOX 3239<br>TAMPA, FL 33607<br>Email: mallen@cfjblaw.com | 14-13882 | Email | Active |
| Christopher Batman<br>441 CORAL PL<br>CORPUS CHRISTI, TX 78411 | 14-13882 | US Mail | |
| Johanna W. Clark<br>Carlton Fields Jorden Burt, PA<br>450 S ORANGE AVE STE 500<br>ORLANDO, FL 32801-3336<br>Email: jclark@carltonfields.com | 14-13882 | US Mail | |
| Darren K. Cottriel<br>Jones Day<br>3161 MICHELSON DR STE 800<br>IRVINE, CA 92612-4408<br>Email: dcottriel@jonesday.com | 14-13882 | US Mail | |
| Jason McDonell<br>Jones Day<br>555 CALIFORNIA ST FL 26<br>SAN FRANCISCO, CA 94104-1602<br>Email: jmcdonell@jonesday.com | 14-13882 | US Mail | |
| Robert A. Mittelstaedt<br>Jones Day<br>555 CALIFORNIA ST FL 26<br>SAN FRANCISCO, CA 94104-1602<br>Email: ramittelstaedt@jonesday.com | 14-13882 | US Mail | |
| Jason Andrew Perkins<br>Carlton Fields Jorden Burt, PA<br>450 S ORANGE AVE STE 500<br>ORLANDO, FL 32801-3336<br>Email: jperkins@cfjblaw.com | 14-13882 | US Mail | |
| Craig E. Stewart<br>Jones Day<br>555 CALIFORNIA ST FL 26<br>SAN FRANCISCO, CA 94104-1602<br>Email: cestewart@jonesday.com | 14-13882 | Email | Active |