**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 11, 2014

Darren K. Cottriel
Jones Day
3161 MICHELSON DR STE 800
IRVINE, CA 92612-4408

Appeal Number: 14-13882-F
Case Style: Christopher Batman v. The Gillette Co., et al
District Court Docket No: 6:12-cv-00803-GAP-DAB

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

Your Application to Appear Pro Hac Vice in this appeal has been GRANTED. Please file the Appearance of Counsel Form within 14 days from date of this letter.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Gerald B. Frost, F
Phone #: (404) 335-6182

MOT-2 Notice of Court Action