No. 14-13882

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

CHRISTOPHER BATMAN,

*Appellant*,

V.

THE GILLETTE CO., ET AL.,

*Appellee.*

On Appeal From a Final Judgment
United States District Court for the Middle District of Florida
No. 6:12-cv-00803-GAP-BAB
The Honorable Gregory A. Presnell

**CERTIFICATE OF ADDITIONAL INTERESTED PARTIES OF APPELLEES THE GILLETTE COMPANY AND THE PROCTER & GAMBLE COMPANY**

Purusant to Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-2(c), appellees The Gillette Company and The Procter & Gamble Company disclose that the following additional persons have an interest in the outcome of this case:

Helen Heindel (named plaintiff in the California Action)

1

Dated:  September 24, 2014          Respectfully submitted,

                                  Craig E. Stewart
                                  JONES DAY
                                  555 California Street, 26th Floor
                                  San Francisco, CA  94104
                                  Telephone: (415) 626-3939
                                  Facsimile:  (415) 875-5700
                                  E-mail:  cestewart@jonesday.com

                                  Darren K. Cottriel
                                  JONES DAY
                                  3161 Michelson Drive, Suite 800
                                  Irvine, CA 92612
                                  Telephone: 949.553.7548
                                  Facsimile:  949.553.7539
                                  E-mail:  dcottriel@jonesday.com

                                  Attorneys for Appellees The Gillette Company and The Procter & Gamble Company

SFI-620872804v1