

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| WANDA J. COCHRAN ) | |
| ) | |
| Objector/Appellant, ) | 14-13882 FF |
| ) | No. ~~14-14221~~ |
| v. ) | |
| ) | **APPELLANT'S MOTION TO** |
| JOSHUA D. POERTNER ) | **SET ASIDE DISMISSAL AND** |
| ) | **FOR LEAVE TO CORRECT** |
| Plaintiff/Appellee ) | **DEFICIENCY BY JOINING IN** |
| ) | **APPELLANT THEODORE** |
| v. ) | **FRANK'S CONSOLIDATED** |
| ) | **BRIEFS AND APPENDICES OR** |
| THE GILLETTE COMPANY, ET AL. ) | **BY FILING OUT-OF-TIME** |
| ) | **OPENING BRIEF** |
| Defendants/Appellees ) | |

jjjj

1

# APPELLANT'S MOTION TO SET ASIDE DISMISSAL AND FOR LEAVE TO CORRECT DEFICIENCY BY JOINING IN APPELLANT THEODORE FRANK'S CONSOLIDATED BRIEFS AND APPENDICES OR BY FILING OUT-OF-TIME BRIEF

Pursuant to FRAP 28(i), Appellant Wanda J. Cochran ("Appellant") previously filed notice of joining in the opening and reply briefs submitted jointly by Appellants Theodore H. Frank (*Theodore H. Frank v. Joshua Poertner, et al.*, No. *14-14170*), Robert Falkner (*Robert Falkner v. Joshua Poertner, et al.*, No. *14-14165*) and Christopher Batman (*Christopher Batman v. Joshua Poertner, et al.*, No. *14-13882*) on December 3, 2014 and February 18, 2015, respectively ("Appellant Frank's Consolidated Briefs").[1] Because Appellant did not receive confirmation that her original notice was received, she contacted the clerk's office and was assured it had been filed into the record. While she subsequently confirmed that her notice of joinder in Frank's consolidated reply brief was entered into the record, Appellant did not receive any further confirmation of the clerk's filing of her original notice.

At that time she filed the original notice, Appellant was unaware of the need to seek leave from the circuit court for a joinder. See 11th Cir. R. 28, I.O.P. 3. On March 9, 2015, the Eleventh Circuit clerk dismissed Appellant's appeal under 11th Cir. R. 42-2(c) for want of prosecution, apparently due to the failure to file her original notice into the record and/or the failure to obtain

---

[1] See Ex. A and Ex. B attached hereto.

2

leave under I.O.P. 3. Pursuant to local rule, Appellant must now obtain the Court's approval to set aside the dismissal by either joining in Frank's consolidated opening brief or by filing Appellant's own opening brief out-of-time. Accordingly, Appellant hereby moves this Court for an Order:

(1) Granting Appellant leave to join in Appellant Theodore Frank's consolidated opening brief pursuant to FRAP 28(i); or

(2) Granting Appellant leave to file her own opening brief out-of-time (attached hereto as Exhibit C).

Respectfully submitted,

*/s/ Wanda J. Cochran*
Wanda J. Cochran
10121 Page Road
Streetsboro, Ohio 44241
(330) 414-9322

*Appearing Pro Se*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th of March, 2015, I filed the foregoing motion and Appellant's Opening Brief with the Clerk of the Court at the following address:

Amy Nerenberg, Acting Clerk of Court
U.S. Court of Appeals for the 11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

I further certify that I caused the foregoing documents to be sent via U.S.P.S. First Class mail to the following participants, at the addresses listed below:

E. Clayton Lowe
THE LOWE LAW FIRM, LLC
201 19th Street North, Suite 525
Birmingham, Alabama 35203

Darren K. Cottriel
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of March, 2015, at Oxnard, California.

*/s/ Wanda J. Cochran*
Wanda J. Cochran

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| WANDA J. COCHRAN | )<br>)<br>) |
| Objector/Appellant, | )<br>)<br>) |
| v. | )<br>)<br>) |
| JOSHUA D. POERTNER | ) No. 14-14221<br>) |
| Plaintiff/Appellee | )<br>)<br>) |
| v. | )<br>)<br>) |
| THE GILLETTE COMPANY, ET AL. | )<br>)<br>) |
| Defendants/Appellees | )<br>) |

EXHIBIT A

jjjj

1

## APPELLANT WANDA J. COCHRAN'S NOTICE OF JOINDER IN OPENING BRIEF OF THEODORE H. FRANK AND ROBERT FALKNER

Pursuant to FRAP 28(i), Appellant Wanda J. Cochran ("Appellant") hereby serves notice of joining in the opening brief submitted by Appellants Theodore H. Frank (*Theodore H. Frank v. Joshua Poertner, et al.*, No. *14-14170)* and Robert Falkner (*Robert Falkner v. Joshua Poertner, et al.*, No. *14-14165*).

        Respectfully submitted,

        */s/ Wanda J. Cochran*
        Wanda J. Cochran
        10121 Page Road
        Streetsboro, Ohio 44241
        (330) 414-9322

        *Appearing Pro Se*

jjjj

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd of December, 2014, I filed this Notice of Joinder In Appellants' Opening Brief with the Clerk of the Court via postage prepaid, by express mail. I further certify that I caused the foregoing document to be sent via U.S.P.S. First Class mail to the following participants, at the addresses listed below:

E. Clayton Lowe
THE LOWE LAW FIRM, LLC
201 19th Street North, Suite 525
Birmingham, Alabama 35203

Darren K. Cottriel
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of December, 2014, at Streetsboro, Ohio.

                                                              Wanda J. Cochran

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| WANDA J. COCHRAN ) <br> ) <br> Objector/Appellant, ) <br> ) <br> v. ) <br> ) <br> JOSHUA D. POERTNER ) <br> ) <br> Plaintiff/Appellee ) <br> ) <br> v. ) <br> ) <br> THE GILLETTE COMPANY, ET AL. ) <br> ) <br> Defendants/Appellees ) <br> ) | No. 14-14221 |

APPENDIX B

# APPELLANT WANDA J. COCHRAN'S NOTICE OF JOINDER IN CONSOLIDATED REPLY BRIEF OF THEODORE H. FRANK, ROBERT FALKNER AND CHRISTOPHER BATMAN

Pursuant to FRAP 28(i), Appellant Wanda J. Cochran ("Appellant") hereby serves second notice of joining in the opening brief and first notice of joining in the reply brief submitted by Appellants Theodore H. Frank (*Theodore H. Frank v. Joshua Poertner, et al.*, *No. 14-14170)*, Robert Falkner (*Robert Falkner v. Joshua Poertner, et al., No. 14-14165*) and Christopher Batman (*Christopher Batman v. Joshua Poertner, et al., No. 14-13882*) filed on December 3, 2014 and February 18, 2015 respectively.

Respectfully submitted,

*/s/ Wanda J. Cochran*
Wanda J. Cochran
10121 Page Road
Streetsboro, Ohio 44241
(330) 414-9322

*Appearing Pro Se*

jjjj

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th of February, 2015, I filed this Notice of Joinder In Appellants' Consolidated Opening and Reply Briefs with the Clerk of the Court at the following address:

Amy Nerenberg, Acting Clerk of Court
U.S. Court of Appeals for the 11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

I further certify that I caused the foregoing document to be sent via U.S.P.S. First Class mail to the following participants, at the addresses listed below:

E. Clayton Lowe
THE LOWE LAW FIRM, LLC
201 19th Street North, Suite 525
Birmingham, Alabama 35203

Darren K. Cottriel
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of February, 2015, at Streetsboro, Ohio.

_____
Wanda J. Cochran