# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

U.S. COURT OF APPEALS
RECEIVED
CLERK
OCT 0 8 2015
ATLANTA, GA

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 2, 2015

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

    Re: Theodore H. Frank
         v. Joshua D. Poertner, et al.
         Application No. 15A345
         (Your No. 14-13882)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Thomas, who on October 2, 2015, extended the time to and including November 13, 2015.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by
Clayton Higgins
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Thomas C. Goldstein
Goldstein & Russell, P.C.
7475 Wisconsin Ave., Suite 850
Bethesda, MD  20814


Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303