# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

November 5, 2015

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

Re: Theodore H. Frank
v. Joshua D. Poertner, et al.
Application No. 15A345
(Your No. 14-13882) - FF

Dear Clerk:

The application for a further extension of time in the above-entitled case has been presented to Justice Thomas, who on November 5, 2015, extended the time to and including December 11, 2015.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by

Clayton Higgins
Case Analyst