# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 15, 2015

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

    Re:  Theodore H. Frank
          v. Joshua D. Poertner, et al.
          No. 15-765
          (Your No. 14-13882)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on December 11, 2015 and placed on the docket December 15, 2015 as No. 15-765.

          Sincerely,

          **Scott S. Harris**, Clerk

          by

          Clayton Higgins
          Case Analyst